# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MERRITT,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:22-cv-02176-JAD-NJK<br><br>**Order** |

Pending before the Court is a joint discovery plan seeking special scheduling review, which asks for a discovery period of 288 days. Docket No. 8.[1] The Court hereby **SETS** a scheduling conference for 10:00 a.m. on February 13, 2023, in Courtroom 3C.

IT IS SO ORDERED.

Dated: January 31, 2023

                                                                                           Nancy J. Koppe
                                                                                           United States Magistrate Judge

---

[1] The length of the discovery period is measured from the date of a defendant's answer or other appearance, not from the date of the Rule 26(f) conference. Local Rule 26-1(b)(1).