**C. JARED CLARK, ESQ.**
Nevada Bar No.: 13672
**EVAN K. SIMNSEN, ESQ.**
Nevada Bar No. 13762
**CLARK LAW GROUP, PLLC**
6655 W. Sahara Ave., Ste. A114
Las Vegas, NV 89146
Phone: (702) 330-3272
Fax:     (702) 447-5323
E-mail: jared@cjclarklawgroup.com
            evan@cjclarklawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MERRITT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-XX, inclusive; ROE BUSINESS ENTITIES I-XX, inclusive,<br><br>　　　　　　　Defendants. | Case No.   2:22-cv-02176-JAD-NJK<br><br>**~~PROPOSED~~ STIPULATION AND ORDER** |

　　　　Plaintiff, Anthony Merritt, and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their respective counsel of record, hereby file this Stipulation and Order to move the scheduling conference set for February 13, 2023 at 10:00 a.m. IT IS HEREBY STIPULATED AND AGREED as follows:

1. The parties conducted their FRCP 26(f) conference on January 26, 2023 and submitted the Proposed Joint Discovery Plan and Scheduling Order Special Schedule Review Requested (ECF No. 8).

2. On January 31, 2023, the Court issued an Order (ECF No. 9), setting a scheduling conference for February 13, 2023 at 10:00 a.m.

///

///

1

3. The parties have agreed to move the hearing to February 17, 2023 at 11:00 a.m., as Mr. Simonsen will be traveling from Reno on an airplane during the current scheduled time on February 13, 2023.

4. There are no issues or pending motions that require any immediate attention of this Court.

The parties submit that good cause exists to warrant an entry of an Order by the Court reflecting the agreement of the parties as set forth above.

| | |
|---|---|
| Dated February 9, 2023 | Dated February 9, 2023 |
| HALL JAFFE & CLAYTON, LLP | CLARK LAW GROUP, PLLC |
| /s/ Riley A. Clayton | /s/ Evan K. Simonsen |
| RILEY A. CLAYTON<br>Nevada Bar No. 005260<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company* | C. JARED CLARK<br>Nevada Bar No. 13672<br>EVAN K. SIMONSEN<br>Nevada Bar No. 13762<br>6655 W. Sahara Ave., Suite A114.<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff, Anthony Merritt* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: February 9, 2023