1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3

4  **HALL JAFFE & CLAYTON, LLP**
   7425 Peak Drive
   Las Vegas, Nevada 89128
5  (702) 316-4111
   Fax (702) 316-4114
6

7  *Attorneys for Defendant,*
   *State Farm Mutual Automobile Insurance Company*

8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10

11 ANTHONY MERRITT,                      Case No.  2:22-cv-02176-JAD-NJK

                Plaintiff,
12
                                         **STIPULATION AND ORDER OF**
   vs.                                   **DISMISSAL WITH PREJUDICE**
13
   STATE FARM MUTUAL AUTOMOBILE
14 INSURANCE COMPANY; DOES I-XX,         ECF No. 14
   inclusive; ROE BUSINESS ENTITIES I-XX,
15 inclusive,

16              Defendants.

17

18         Plaintiff, Anthony Merritt, and Defendant, State Farm Mutual Automobile Insurance

19 Company ("State Farm"), by and through their respective counsel of record, hereby stipulate

20 that this case, including all claims that have been or could have been asserted herein, be hereby

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

                                              1

1  dismissed with prejudice, with each party to bear its own fees and costs.

3  Dated May 25, 2023                                Dated May 25th, 2023

4  HALL JAFFE & CLAYTON, LLP                        CLARK LAW GROUP, PLLC

6  _____                   _____
   RILEY A. CLAYTON                                  C. JARED CLARK
   Nevada Bar No. 005260                             Nevada Bar No. 13672
7  7425 Peak Drive                                   EVAN K. SIMONSEN
   Las Vegas, Nevada 89128                           Nevada Bar No. 13762
8  *Attorneys for Defendant, State Farm Mutual*      6655 W. Sahara Ave., Suite A114.
   *Automobile Insurance Company*                    Las Vegas, NV 89146
9                                                    *Attorneys for Plaintiff, Anthony Merritt*

## O R D E R

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2023

2